# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 19-4995-JFW(SSx)** | Date: July 31, 2019 |

Title: Theressa Shields, et al -v- Andeavor Logistics LP, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):** ORDER GRANTING PLAINTIFF'S MOTION TO REMAND TO STATE COURT [filed 7/5/19; Docket No. 21]

     On July 5, 2019, Plaintiff Theressa Shields ("Plaintiff") filed a Motion to Remand to State Court ("Motion"). On July 15, 2019, Defendant Andeavor Logistics LP, Tesoro Refining and Marketing Company LLC, Marathon Petroleum Logistics Services LLC, and Marathon Petroleum Company LP (collectively, "Defendants") filed their Opposition. On July 22, 2019, Plaintiff filed a Reply. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for August 5, 2019 is hereby vacated and the matter taken off calendar. After considering the moving, opposing, and reply papers, and the arguments therein, the Court rules as follows:

     For the reasons stated in Plaintiff's moving and reply papers, the Court **GRANTS** Plaintiff's Motion. The Court signs, as modified, Plaintiff's proposed Statement of Decision Granting Plaintiff's Motion to Remand to State Court, lodged with the Court on July 24, 2019. Docket No. 32-1. In addition, Defendants failed to timely file the proposed Statement of Decision required by section 5(f) of the Court's Standing Order. Pursuant to Local Rule 7-12, "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion . . . ." The Court deems Defendants' failure to file the proposed Statement of Decision as consent to the granting of Plaintiff's Motion.

     This action is hereby **REMANDED** to Los Angeles County Superior Court.

     IT IS SO ORDERED.